**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 06-7667**

—————————

RON TEARIA NICHOLAS,

                                  Plaintiff - Appellant,

        versus

JONATHAN E. OZMINT, Director, South Carolina
Department of Corrections; SERGEANT PARKER,
Kirkland Correctional Institution; LIEUTENANT
WILBERT MCGRAW, Kirkland Correctional
Institution,

                                  Defendants - Appellees,

        and

THOMAS, Kirkland Correctional Institution Food
Service Supervisor; MUTAHHIR SABREE, Muslim
Chaplain for Kirkland Correctional
Institution,

                                  Defendants.

—————————

Appeal from the United States District Court for the District of
South Carolina, at Anderson. R. Bryan Harwell, District Judge.
(8:05-cv-03472-RBH)

—————————

Submitted:   March 28, 2007        Decided:  July 11, 2007

—————————

Before MICHAEL, MOTZ, and TRAXLER, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

_____

Ron Tearia Nicholas, Appellant Pro Se. Andrew Frederick Lindemann, DAVIDSON, MORRISON & LINDEMANN, PA, Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ron Tearia Nicholas appeals the district court's order accepting the recommendation of the magistrate judge denying his motion for a preliminary injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Nicholas v. Ozmint</u>, No. 8:05-cv-03472-RBH (D.S.C. Sept. 20, 2006). We deny Nicholas's motion for production of documents and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

- 3 -